# EXHIBIT A

$245

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss

SUPERIOR COURT
DOCKET NO.: 2385CV00221-B

TRACY LAROQUE.,
    PETITIONER

v.

US BANK NATIONAL ASSOCIATION AS
INDENTURE TRUSTEE C/O PHH
MORTGAGE CORP.

    RESPONDENT

FILED
MAR 02 2023
ATTEST: _____ CLERK

1c

# COMPLAINT
## PARTIES

1. Petitioner is an individual with a mailing address of 29 Governors Street f/k/a 63 Uncatena Avenue Worcester, MA 01606 and is heir of the late Margaret Derosena.

2. Defendant, U.S. Bank National Association Indenture Trustee c/o PHH Mortgage Company 84 State Street, Boston, MA 02109

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to G.L.C. 212, §3.

4. This Court has general personal jurisdiction over Defendants because they transact business, operate by agent and have business locations within the Boston, MA.

5. Commonwealth, pursuant to G.L.C. 223A, §3.

6. Venue is proper in this Court pursuant to G.L.C. 223, §1, because the property in question is in Worcester County.

## FACTUAL ALLEGATIONS

1. The above property 29 Govenors Street f/k/a 63 Uncatena Venue, Worcester, MA 01606.

2. The above property is the only remaining asset of the estate of Margaret Derosena

3. The late Margaret Derosena has one remaining child alive by the name of Tracy Laroque.

4. Ms. Laroque has resided in this home for as long as she can remembers and treasures this as her childhood home.

5. Ms. Laroque has been responsible for the upkeep, maintenance and all of the repairs of the home.

6. Ms. Laroque has made several attempts to make payments on the home but the bank has refused all payments because she is not the "official owner".

7. Ms. Laroque has been struggling with the probate court to be appointed to her mother's estate and now has all of the necessary paperwork to be appointed.

8. Through the use of a special appointment of personal representative, Ms. Laroque can be appointed very quickly. Ms. Laroque has filed all neccessary papework to be appointed immediately.

9. This has been a road block as well with dealing with the lemder.

10. Since learning of this order of foreclosure, Ms. Laroque has retained the services of an attorney and broker who can sell the property immediately if necessary.

11. There is only one recorded mortgage that remains outstanding that has not been discharged.

12. The current outstanding mortgage was located in the Worcester Registry of Deeds Book 28002 Page 90. ~~[redacted]~~

13. The mortgage amount in 2006 was $179,000.

14. A Comparative Market Analysis was prepared which indicates that the proposed sale value of the premises is between $335,000 and $400,000. (see exhibit _____).

15. At a sale or refinance of this price it will more than satisfy the current obligation and allow the estate to satisfy and other debt obligations and allow Ms. Laroque to save her childhood home.

16. Ms. Laroque has reached out several times to negotiate with the current mortgage holder to no avail.

17. A delay in such foreclosure is beneficial for all parties.

## COUNT I
### Defendant failed to make a good faith effort to negotiate pursuant to M.G.L. c.244 §35A (c)

1. Plaintiff reasserts and re-alleges the preceding allegations as if fully set forth herein.

2. Defendant failed to make a good faith effort to negotiate and agree upon a reasonable alternative to foreclosure pursuant to M.G.L. 244 §35A (c).

3. According to the above referenced statute, Defendant has refused to allow the sale to the Plaintiff and Defendant continues to pursue the foreclosure action.

## COUNT II
### Defendant engaged in unfair and deception acts and practices under M.G.L. c93a sec. 2(a) & 9

4. Plaintiff reasserts and re-alleges the preceding allegations as if fully set forth herein.

5. Defendant did not act in good faith and did not use reasonable diligence to protect the interest of the mortgagor as stated in the statute.

6. Plaintiff asked Defendant for additional time and postpone the auction so that the lender could receive full payment through a closing or refinance.

7. The Defendant failed to act in good faith and with careful regard for the interest of the principal

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff claims:

1. An order enjoining any further effort to sell 29 Governors Street f/k/a 63 Uncatena Avenue, Worcester, MA 01606.

2. Damages resulting from the Defendant's misconduct;

3. Costs and attorneys' fees, and

4. Such other legal or equitable relief as the Court may award.

## DEMAND FOR JURY TRIAL

Petitioner demands a trial by jury on all issues so triable.

Respectfully submitted,
Petitioner, by their Attorney,

*/s/ Sheryl Furnari*

Sheryl Furnari, Esq. BBO 676929
Morjieta Derisier Esq. BBO 683823
Baystate Law Group, PLLC
1359 Hancock Street, Suite 7
Quincy, MA 02169
Attorneyfurnari@gmail.com
Mkd.esq@gmail.com

## CERTIFICATE OF SERVICE

I, Morjieta Derisier, hereby certify that on this day of 1st, of March 2023, I served the foregoing document by causing a copy thereof to be served via first-class mail, postage prepaid on all counsel for Deutsche Bank National Trust Company.

~~[struck through]~~
US Bank National Association
Indenture Trustee
c/o PHH mortgage
84 State Street
Boston, MA 02109

Orlans PC
P.O. BOX 540540
Waltham, MA 02454
781-790-7800

Date: March 1, 2023

Morjieta Derisier